338 A.2d 592

COMMONWEALTH of Pennsylvania

v.

Jesse KITHCART, Appellant.

Supreme Court of Pennsylvania.

Argued May 3, 1974.

Decided April 17, 1975.

Rehearing Denied June 9, 1975.

Vincent J. Ziccardi, Defender, John W. Packel, Chief, Appeals Division, Michael L. Levy, Asst. Defender, Defender Assn. of Philadelphia, for Jesse Kithcart.

F. Emmett Fitzpatrick, Jr., Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., David Richman, Asst. Dist. Atty., Chief, Appeals Division, Abraham J. Gafni, Deputy Dist. Atty. for Law, John H. Isom, Philadelphia, for appellee.

OPINION OF THE COURT

PER CURIAM.

The issues presented in the instant appeal having been waived by appellant's failure properly to preserve them for appellate review, the order of the Superior Court must be affirmed, 225 Pa.Super. 729, 306 A.2d 337. *Commonwealth v. Reid*, 458 Pa. 357, 326 A.2d 267 (1974); *Commonwealth v. Agie*, 449 Pa. 187, 296 A.2d 741 (1972). See *Commonwealth v. Clair*, 458 Pa. 418, 326 A.2d 272 (1974).